

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   Case No: 6:15-cr-86-Orl-41KRS

JAY PAUL PORTON
_____/

## VERDICT FORM

1. As to Count One of the indictment, charging Defendant Jay Paul Porton with forcibly assaulting a federal officer while using a deadly or dangerous weapon, we, the members of the jury, do hereby find Defendant:

    _____ GUILTY       __✓__ NOT GUILTY

    **Note:** If your answer to Question Number 1 is Guilty, please stop and have your foreperson date and sign this Verdict form without answering the remaining question. If your answer to Question Number 1 is Not Guilty, proceed to Question Number 2.

2. As to the lesser included offense of simple assault, we, the members of the jury, do hereby find Defendant:

    __✓__ GUILTY       _____ NOT GUILTY

SO SAY WE ALL

_____
Foreperson

Dated: August 10, 2015